OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 17. 2015

POSTAGE ≫ PITNEY BOWES

6/8/2015
DUKES, JERRY WAYNE     Tr. Ct. No. 1136610-A          WR-82,925-01
On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk

JERRY WAYNE DUKES
401 LINCOLN AVENUT
APT. 70
COLLEGE STATION, TX 77840

U T F

MEBN3B 77840